Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
IN RE:                                               :
Fosamax Products Liability Litigation      :          1:06-md-1789 (JFK)
                                                     :
-----------------------------------------------------x
*This Document Relates to:*                   :          **NOTICE OF APPEARANCE**
Lydia Sue Krieger and her husband,       :
John Krieger; Shannon Marie Peterson    :
and her husband Duane C. Peterson;       :
Maxine Kay Peterson and her husband     :
Jerry Peterson; Frances Jane Yeager and  :
her Husband Dale D. Yeager; and          :
Kelly Cotterill                                       :
v. Merck & Co., Inc.                            :
                                                     :
Case No: 1:08-cv-4540-JFK              :
-----------------------------------------------------x

   PLEASE TAKE NOTICE that Paul F. Strain hereby enters his appearance as counsel of

record in the above referenced causes of action.  All inquiries, pleadings and court documents

should be filed and served upon the undersigned.

Dated: June 20, 2008
      New York, New York                 Respectfully submitted,


By:             /s/           
     Paul F. Strain


     Venable LLP
     750 E. Pratt Street
     Suite 900
     Baltimore, MD 21202
     (410)-244-7717
     Fax: (410)-244-7742
     Email: pfstrain@venable.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on June 20, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

_____/s/_____

Paul F. Strain

Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410)-244-7717
Fax: (410)-244-7742
Email: pfstrain@venable.com
