Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
| | |
|---|---|
| IN RE: : | |
| Fosamax Products Liability Litigation : | 1:06-md-1789 (JFK) |
| : | |
-----------------------------------------------------x
| | |
|---|---|
| *This Document Relates to:* : | **NOTICE OF APPEARANCE** |
| Lydia Sue Krieger and her husband, : | |
| John Krieger; Shannon Marie Peterson : | |
| and her husband Duane C. Peterson; : | |
| Maxine Kay Peterson and her husband : | |
| Jerry Peterson; Frances Jane Yeager and : | |
| her Husband Dale D. Yeager; and : | |
| Kelly Cotterill : | |
| v. Merck & Co., Inc. : | |
| : | |
| Case No: 1:08-cv-4540-JFK : | |
-----------------------------------------------------x

     PLEASE TAKE NOTICE that David J. Heubeck hereby enters his appearance as counsel of record in the above referenced causes of action. All inquiries, pleadings and court documents should be filed and served upon the undersigned.

Dated: June 20, 2008
    New York, New York                    Respectfully submitted,


                                          By:          /s/
                                              David J. Heubeck


                                              Venable LLP
                                              750 E. Pratt Street
                                              Suite 900
                                              Baltimore, MD 21202
                                              Tel:  (410) 244-7731
                                              Fax:  (410) 244-7742
                                              Email: djheubeck@venable.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2008, the foregoing NOTICE OF APPEARANCE was filed electronically and served electronically, pursuant to the Court's Case Management Order, via the Court's CM/ECF system.

                                        /s/
                              David J. Heubeck


                              Venable LLP
                              750 E. Pratt Street
                              Suite 900
                              Baltimore, MD 21202
                              Tel:   (410) 244-7731
                              Fax:  (410) 244-7742
                              Email: djheubeck@venable.com