Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | |
|---|---|
| IN RE: : | |
| Fosamax Products Liability Litigation : | |
| ------------------------------------------------------x | |
| *This Document Relates to:* : | 1:06-md-1789 (JFK) |
| Lydia Sue Krieger and her husband, : | |
| John Krieger; Shannon Marie Peterson : | |
| and her husband Duane C. Peterson; : | |
| Maxine Kay Peterson and her husband : | |
| Jerry Peterson; Frances Jane Yeager and : | |
| her Husband Dale D. Yeager; and : | |
| Kelly Cotterill : | |
| v. Merck & Co., Inc. : | |
| : | |
| Case No: 1:08-cv-4540-JFK : | **Rule 7.1 Statement** |

------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and are not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
       June 20, 2008

                Respectfully submitted,

                HUGHES HUBBARD & REED LLP

                By: /s/
                   Norman C. Kleinberg
                   Theodore V. H. Mayer
                   William J. Beausoleil

                One Battery Park Plaza
                New York, New York 10004-1482
                (212) 837-6000
                beausole@hugheshubbard.com
                kleinber@hugheshubbard.com
                mayer@hugheshubbard.com
                *Attorneys for Defendant Merck & Co., Inc.*